# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN STURM,<br><br>    Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES U.S.A. INC.,<br><br>    Defendant. | Case No. 3:20-cv-00397-DRL-MGG<br><br>Judge Damon R. Leichty<br><br>Magistrate Judge Michael G. Gotsch, Sr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Brian Sturm and Defendant Bimbo Bakeries USA, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of this litigation, with prejudice, with each side to bear its own costs and fees.

DATED: April 14, 2021            Respectfully Submitted,

BRIAN STURM                                                         BIMBO BAKERIES USA, INC.

By:  s/ Thomas M. Dixon, Esq.*                    By:  s/ Ashley K. Cano
        His Attorney                                                         Its Attorney

Thomas M. Dixon                                                Ashley K. Cano
Dixon, Wright & Associates, P.C.                       SEYFARTH SHAW LLP
55255 Birchwood Court                                     233 South Wacker Drive, Suite 8000
Osceola, IN 46561                                               Chicago, Illinois  60606
Telephone: (574) 315-6455                              Telephone: (312) 460-5570
Facsimile:  (574) 675-7783                               Facsimile:  (312) 460-7570
tdixon3902@comcast.net                                 acano@seyfarth.com

*: signed with permission

68265602v.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be served upon the following via the Court's ECF filing system on April 14, 2021:

>Thomas M. Dixon
>Dixon, Wright & Associates, P.C.
>55255 Birchwood Court
>Osceola, IN 46561
>tdixon3902@comcast.net

>*Counsel for Plaintiff*

>   s/ Ashley K. Cano_____
>     Ashley K. Cano